IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARCUS ONEIL
LAQUIENT OWENS                                                                  PLAINTIFF

v.                                         Case No. 4:24-cv-04057

MS. MICHELLE WALLER;
MS. KATHLEEN ARNOLD;
SHERIFF WAYNE EASLEY;
and WARDEN JEFFIE WALKER                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 28, 2025, by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 26). Judge Comstock recommends that Defendants' Motion for Summary Judgment (ECF No. 17) be denied because Plaintiff fully exhausted his administrative remedies. (ECF No. 26, at 13).

Defendants have not responded to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 26) *in toto*. Accordingly, the Court finds that Defendants' Motion for Summary Judgment (ECF No. 17) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 10th day of April, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] The Court notes that Plaintiff has filed an Objection (ECF No. 27) and a Supplement (ECF No. 28) to the Report and Recommendation. However, neither document appears to contain specific objections.