IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARCUS ONEIL LAQUIENT OWENS PLAINTIFF

v. Case No. 4:24-cv-04057

MICHELLE WALLER; KATHLEEN ARNOLD;
SHERIFF WAYNE EASLEY; WARDEN
JEFFIE WALKER; and DIETICIAN LESLIE HARPOOL DEFENDANTS

**ORDER**

Before the Court is a Report and Recommendation filed on July 23, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 74. Judge Comstock recommends Defendants Easley, Walker, Waller, and Arnold's ("Original Defendants") Motion for Summary Judgment (ECF No. 55) and Defendant Harpool's Motion to Dismiss (ECF No. 71) be granted and Plaintiff's Second Amended Complaint (ECF No. 65) be dismissed with prejudice.[1] As to the Motion for Summary Judgment, Judge Comstock finds that Plaintiff does not have a constitutional right to the grievance procedure and that Plaintiff provides no evidence that his health suffered to support his claim that he was provided nutritionally inadequate food in violation of the Eighth Amendment. Considering the Motion to Dismiss, Judge Comstock finds that Plaintiff failed to allege any facts showing Defendant Harpool was deliberately indifferent to Plaintiff's nutritional needs.

[1] Though Plaintiff filed his Second Amended Complaint, which added Defendant Harpool, after the Original Defendants filed their Motion for Summary Judgment, the Original Defendants notified the Court that they preferred to receive a ruling on the pending Motion for Summary Judgment rather than withdrawing that motion and refiling at a later date. ECF No. 69. Judge Comstock finds in the Report and Recommendation that ruling on the Motion for Summary Judgment is proper because Plaintiff's Second Amended Complaint did not alter the claims he made against Original Defendants in his previous Amended Complaint. ECF No. 74, at 3.

No party has responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 74) *in toto*. Accordingly, the Court finds that the Original Defendants' Motion for Summary Judgment (ECF Nos. 55) and Defendant Harpool's Motion to Dismiss (ECF No. 71) should be and hereby are **GRANTED**. Plaintiff's Second Amended Complaint (ECF No. 65) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of August, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge